IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

Civil Action File No.
1:25-cv-03612-SEG

v.

BARBEQUE INTEGRATED, INC.,
a Foreign Profit Corporation,
d/b/a Smokey Bones,

    Defendant.

_____/

## JOIN STIPULATION AND ORDER
## FOR DISMISSAL WITHOUT PREJUDICE

The parties, through counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal Without Prejudice of

this action, including all claims stated against all parties, with each party to bear its

own attorneys' fees and costs.

Dated: December 9, 2025

By:   */s/ Blake Brettschneider*
       Blake Brettschneider, Esq.
       Georgia Bar No. 717289
       bbrettschneider@littler.com

       **LITTLER MENDELSON, P.C.**
       3424 Peachtree Road, NE
       Ste. 1200
       Atlanta, Georgia 30326-1127

*/s/ Matthew N. Pope*
Matthew N. Pope, Esq.
Georgia Bar No. 584216
matt@mpopelaw.com

**MATTHEW N. POPE, P.C.**
900 2nd Avenue
Columbus, Georgia 31902
31902

## **ORDER**

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed without prejudice.

IT IS SO ORDERED, this 10th day of December, 2025.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE